1  ALAN W. WESTBROOK, ESQ.
   Nevada Bar No. 006167
2  PERRY & WESTBROOK,
   A Professional Corporation
3  1701 W. Charleston Boulevard #200
   Las Vegas, Nevada 89102
4  Telephone: (702) 870-2400
   Facsimile:  (702) 870-8220
5  Email: awestbrook@perrywestbrook.com
   *Attorney for Defendant Target*

6

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
8

9  TAMARINA COURNOYER, an            CASE NO.: 3:20-cv-00413-RCJ-WGC
   individual
10
                Plaintiff,
11
   vs.
12
   TARGET CORPORATION, d/b/a/
13 TARGET #2472; DOES I-X ; and ROE
   CORPORATIONS I-X, inclusive
14
                Defendant.
15

16
   **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE**
17
         IT IS HEREBY STIPULATED AND AGREED by and between counsel for their
18
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Page 1 of 2

1  respective parties, that the above-entitled action be dismissed with prejudice, each party to bear

2  their own attorney's fees and costs.

3  DATED this 23rd day of November, 2020.

4

5  /s/  Christopher S. Connell
Christopher S. Connell, Esq.
6  CONNELL LAW
7  6671 Las Vegas Boulevard #210
Las Vegas, Nevada 89119
8  *Attorneys for Plaintiff*
cconnell@connelllaw.com,
9  Mary@connelllaw.com
10            And
Justin M. Clouser, Esq.
11  CLOUSER HEMPEN WASICK LAW GROUP, LTD.
1512 US Hwy 395 North #1
12  Gardnerville, Nevada 89410
13  *Attorneys for Plaintiff*
jclouser@clouserlaw.com
14

15  DATED this 23rd day of November, 2020.

16  PERRY & WESTBROOK, P.C.
17

18  /s/  Alan W. Westbrook
Alan W. Westbrook, Esq.
19  Nevada Bar No.: 06167
1701 W. Charleston Blvd., Suite 200
20  Las Vegas, Nevada 89102
21  Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
22  E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants
23

24          IT IS SO ORDERED.

25  _____
UNITED STATES DISTRICT COURT JUDGE
26

27

28