1  ALAN W. WESTBROOK, ESQ.
   Nevada Bar No. 006167
2  PERRY & WESTBROOK,
   A Professional Corporation
3  1701 W. Charleston Boulevard #200
   Las Vegas, Nevada 89102
4  Telephone:  (702) 870-2400
   Facsimile:   (702) 870-8220
5  Email: awestbrook@perrywestbrook.com
   *Attorney for Defendant Target*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMARINA COURNOYER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, d/b/a/ TARGET #2472; DOES I-X ; and ROE CORPORATIONS I-X, inclusive<br><br>Defendant. | CASE NO.: 3:20-cv-00413-RCJ-WGC |

## **ORDER TO DISMISS COMPLAINT WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  respective parties, that the above-entitled action be dismissed with prejudice, each party to bear
2  their own attorney's fees and costs.
3  DATED this 23rd day of November, 2020.
4
5  /s/  Christopher S. Connell
   Christopher S. Connell, Esq.
6  CONNELL LAW
7  6671 Las Vegas Boulevard #210
   Las Vegas, Nevada 89119
8  *Attorneys for Plaintiff*
   cconnell@connelllaw.com,
9  Mary@connelllaw.com
10          And
   Justin M. Clouser, Esq.
11 CLOUSER HEMPEN WASICK LAW GROUP, LTD.
   1512 US Hwy 395 North #1
12 Gardnerville, Nevada 89410
13 *Attorneys for Plaintiff*
   jclouser@clouserlaw.com
14
15 DATED this 23rd day of November, 2020.
16
   PERRY & WESTBROOK, P.C.
17
18  /s/  Alan W. Westbrook
   Alan W. Westbrook, Esq.
19 Nevada Bar No.: 06167
   1701 W. Charleston Blvd., Suite 200
20 Las Vegas, Nevada 89102
21 Telephone:  (702) 870-2400
   Facsimile:   (702) 870-8220
22 E-Mail: awestbrook@perrywestbrook.com
   Attorneys for Defendants
23
24      IT IS SO ORDERED.
25
                                    _____
26                                  UNITED STATES DISTRICT COURT JUDGE
                                    Dated:  November 24, 2020.
27
28